# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### WESTERN DIVISION

| | |
|---|---|
| SANDRA KAY BAILEY, | ) |
| Petitioner, | ) |
| v. | ) Case No. 7:20-cv-1042-CLM-GMB |
| CHAD GARRETT, | ) |
| Respondent. | ) |

## **MEMORANDUM OPINION**

Sandra Bailey filed a §2241 habeas petition that challenged the Bureau of Prisons' determination that Bailey is not eligible for release to home confinement under the CARES Act due to COVID-19 concerns. Doc. 1. The magistrate judge entered a report that recommended this court dismiss Bailey's petition without prejudice. Doc. 9. Bailey has not filed an objection to that report, despite being told that failing to file an objection waives her right to challenge the court's conclusion on appeal. *Id.* at 9.

The court has considered the entire file, together with the magistrate's report and recommendation. The court takes no position on the magistrate's finding that BOP's refusal to release Bailey to home confinement may be challenged in a §2241 petition (doc. 9 at 5) because the court agrees that, even if §2241 is the proper vehicle, Bailey's petition should be dismissed because Bailey does not have a

constitutional right to be released before her sentence expires (*id*. at 5-6), and the CARES Act gives exclusive jurisdiction over COVID-related home confinement decisions to the BOP—not district courts (*id.* at 7-8).

So, with the caveat stated above, the court adopts and approves the recommendation of the magistrate judge as the findings and conclusions of this court. The court will enter a separate order **DISMISSING** Bailey's habeas petition **WITHOUT PREJUDICE**.

**DONE** this 19th day of January 2021.

_____
**COREY L. MAZE**
UNITED STATES DISTRICT JUDGE